**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAULETTA N. HIGGINS,**

      **Plaintiff,**

v.                                                    Case No:   6:14-cv-985-Orl-22GJK

**HARBOR HOUSE OF CENTRAL**
**FLORIDA, FBI ORGANIZATION,**
**FLORIDA HOSPITAL APOPKA and**
**ORANGE COUNTY SHERIFF,**

      **Defendants.**

**REPORT AND RECOMMENDATION**

This cause comes before the Court on periodic review. On July 15, 2014, the Court entered an order (the "Order") denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, and dismissing the complaint because it failed to comply with the requirements of Rule 8, Federal Rules of Civil Procedure. Doc. No. 3. The Court granted Plaintiff leave to file an amended complaint within twenty-one (21) days from the date the Order was entered. Doc. No. 3 at 4. The Court admonished Plaintiff that "[f]ailure to file an amended complaint and renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided may result in a recommendation that the case be dismissed without further warning[.]" Doc. No. 3 at 6. Plaintiff has failed to file an amended complaint within the time provided in the Order.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to prosecute; and

2. The Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by certified and regular mail.**

Recommended in Orlando, Florida on August 11, 2014.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy