# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PAULETTA N. HIGGINS,**

      **Plaintiff,**

**v.**                                                  Case No:   6:14-cv-985-Orl-22GJK

**HARBOR HOUSE OF CENTRAL**
**FLORIDA, FBI ORGANIZATION,**
**FLORIDA HOSPITAL APOPKA and**
**ORANGE COUNTY SHERIFF,**

      **Defendants.**

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 4) filed on August 11, 2014.

The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice for failure to prosecute.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 11, 2014 (Doc. No. 4), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is DISMISSED without prejudice for failure to prosecute.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:
Pauletta N. Higgins, pro se